United States District Court
Southern District of Texas
**ENTERED**
August 17, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LEOBARDO ARRES-GONZALEZ, <br> "Petitioner," | § § § | |
| v. | § § | Civil Action No. 1:21-cv-00189 |
| UNITED STATES OF AMERICA, <br> "Respondent." | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 16). The R&R recommends this Court (1) grant Respondent's "Motion for Summary Judgment and Memorandum in Response to Arres-Gonzalez' § 2255 Motion" ("MSJ") (Dkt. No. 14); (2) dismiss with prejudice Petitioner's "Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" and "Memorandum Brief in Support of Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255" (collectively, "§ 2255 Motion") (Dkt. Nos. 1 & 2); and (3) decline to issue a certificate of appealability; and (4) direct the Clerk of the Court to close this case. Dkt. No. 16.

Objections were due August 1, 2023. No objections were filed by either party. If there have been no objections to the magistrate's ruling, then the appropriate standard of review is "clearly erroneous, abuse of discretion and contrary to law." *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 16) is **ADOPTED**.

Respondent's MSJ (Dkt. No. 14) is **GRANTED**. All claims in Petitioner's § 2255 Motion and supporting supplements (Dkt. Nos. 1 & 2) are **DISMISSED with prejudice**. The Court **DECLINES** to issue a certificate of appealability. The Clerk of the Court is **ORDERED** to close this case.

Signed on this 17th day of August, 2023.

Rolando Olvera
United States District Judge